

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00035-CV

Carol **OCHSE** and William W. Ochse, III, individually
and as trustee of the William W. Ochse III Family 2008 Trust,
Appellants

v.

Cynthia Cadwallader **OCHSE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00062
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to April 10, 2020.

It is so **ORDERED** on March 25, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court